■ In the Matter of BRIAN M.R.C., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; HEIDI T., Respondent. LAWRENCE F. KORZENIEWSKI, ESQ., as Law Guardian, Appellant. (Appeal No. 2.) [820 NYS2d 838]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered January 23, 2006 in a proceeding pursuant to Social Services Law § 384-b. The order set forth the terms and conditions of a four-month suspended judgment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Cherilyn P.*, 192 AD2d 1084 [1993], *lv denied* 82 NY2d 652 [1993]; *see also* CPLR 5511). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.